**Opinion issued January 15, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00584-CV

_____

**WESTLAKE CHEMICAL CORP. AND WESTLAKE VINYLS COMPANY, L.P. f/k/a GEISMAR VINYLS CO., L.P., Appellants**

**V.**

**STIS, INC. d/b/a SOUTHEAST TEXAS INDUSTRIAL SERVICES, INC., Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-71700**

---

## MEMORANDUM OPINION

Appellants, Westlake Chemical Corp. and Westlake Vinyls Company, L.P. f/k/a Geismar Vinyls Co., L.P., have filed an unopposed motion to dismiss their appeal because they have settled the case. *See* TEX. R. APP. P. 42.1(a)(1).

Appellants further request that all costs be assessed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion, dismiss the appeal, and direct the Clerk of this Court that costs are to be taxed against the party who incurred the same. *See* TEX. R. APP. P. 42.1(a)(1), (d).

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.